Stacy Tolchin (CA SBN #217431)
*Email: Stacy@Tolchinimmigration.com*
Law Offices of Stacy Tolchin
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

Khaled Alrabe (CA SBN #349899)
*Email: khaled@nipnlg.org*
National Immigration Project of the
 National Lawyers Guild (NIPNLG)
1763 Columbia Road NW, Suite 175 #896645,
Washington, DC 20009
Telephone:  (617) 227-9727 x3
Facsimile: (617) 227-5495

Counsel for Plaintiff
(*continued on next page*)

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STUDENT DOE #3, <br><br> Plaintiff, <br><br> v. <br><br> KRISTI NOEM, in her official capacity as Secretary of Homeland Security; the DEPARTMENT OF HOMELAND SECURITY; and TODD LYONS, in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement, <br><br> Defendants. | No. 2:25-cv-03528-MCS-JPR <br><br> NOTICE RE: MOTION TO CONSOLIDATE RELATED CASES FILED IN STUDENT DOE #1, NO. 5:25-cv-00847-SSS-SHK |

Anne Lai (CA SBN #295394)
*Email: alai@law.uci.edu*
UC Irvine School of Law
401 E. Peltason Dr.
Irvine, CA 92697-8000
Telephone: (949) 824-9894
Facsimile: (949) 824-2747
Counsel for Plaintiff

1  Plaintiff hereby provides notice to the Court and to the parties that, pursuant
2  to Fed. R. Civ. P. 42(a)(2), counsel has filed a Motion to Consolidate Related
3  Cases in *Student Doe # 1 v. Noem*, 5:25-cv-00847-SSS-SHK seeking consolidation
4  of four cases pending before the Court, including the instant case.

Dated: April 23, 2025				LAW OFFICES OF STACY TOLCHIN

						/s/ Stacy Tolchin
						Stacy Tolchin