BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN (Cal. Bar No. 300847)
ALEXANDER L. FARRELL (Cal. Bar No. 335008)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0805 / -5557
    Email:  Paul.Green@usdoj.gov
           Alexander.Farrell@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| STUDENT DOES #4, *et al.*, | No. 2:25-cv-03528-MCS-JPR |
|---|---|
| Plaintiffs, | **DEFENDANTS' SUPPLEMENTAL NOTICE TO STUDENT DOES #4-19'S *EX PARTE* APPLICATION; SUGGESTION OF MOOTNESS** |
| v. | |
| KRISTI NOEM, in her official capacity as Secretary of Homeland Security, *et al.*, | |
| Defendants. | Honorable Mark C. Scarsi<br>United States District Judge |

# DEFENDANTS' SUPPLEMENTAL NOTICE TO PLAINTIFFS' *EX PARTE* APPLICATION; SUGGESTION OF MOOTNESS

Sixteen Plaintiffs—all unidentified students—complain that their information within a federal government database of international students at U.S. colleges and universities known as SEVIS was arbitrarily terminated by ICE. Through their *ex parte* application (Dkt. 5), Plaintiffs ask this Court for the extraordinary exigent relief of issuing a TRO requiring Defendants to (1) restore their SEVIS record; and (2) not to take enforcement actions against him based on the terminated SEVIS status. The *ex parte* application should be denied. Furthermore, the lawsuit is moot and should be dismissed.

As the Court may already be aware through the press and through reviewing similar SEVIS cases, on April 25, 2025, the government announced that ICE was restoring the SEVIS records of international students that had been terminated. This reactivation includes students that filed lawsuits as plaintiffs and students who did not file lawsuits—i.e. ICE's reactivation of SEVIS records is independent of any particular civil litigation.

Specifically, ICE is developing a policy that will provide a framework for SEVIS record terminations. Until such a policy is issued, the SEVIS records for Plaintiffs in this case (and similarly situated plaintiffs in similar cases) *will remain Active or shall be re-activated* if not currently active and *ICE will not modify the record solely based on the NCIC finding that resulted in the recent SEVIS record termination*.

The reactivation is being done as quickly as possible.

ICE still maintains the authority to terminate a SEVIS record for other reasons, such as if a student fails to maintain his or her nonimmigrant status after the record is reactivated or engages in other unlawful activity that would render him or her removable from the United States under the Immigration and Nationality Act ("INA").

Accordingly, because there is no case or controversy at this juncture, Plaintiffs' TRO application should be denied for failure to establish that exigent preliminary injunctive relief is required to redress a likelihood of irreparable harm.

| | |
|---|---|
| Dated: April 25, 2025 | Respectfully submitted,<br><br>BILAL A. ESSAYLI<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section<br><br>        */s/ Alexander L. Farrell*        <br>PAUL (BART) GREEN<br>ALEXANDER L. FARRELL<br>Assistant United States Attorneys<br><br>Attorneys for Defendants |

Certificate of Compliance with L.R. 11-6.2

The undersigned, counsel of record for the Defendants, certifies that this Notice contains 333 words and is 1 page, which complies with the word limit of L.R. 11-6.1 and the page limit of the Court's Standing Order.

| | |
|---|---|
| Dated: April 25, 2025 |        */s/ Alexander L. Farrell*        <br>ALEXANDER L. FARRELL |

2