| | |
|---|---|
| 1 | PATRICK D. ROBBINS (CABN 152288)<br>Acting United States Attorney |
| 2 | PAMELA T. JOHANN (CABN 145558)<br>Chief, Civil Division |
| 3 | ELIZABETH D. KURLAN (CABN 255869)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 6 | Telephone: 415-436-7200<br>Facsimile: 415-436-6748<br>elizabeth.kurlan@usdoj.gov |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | | |
|---|---|---|---|
| 12 | JOHN DOE, | ) | Case No. 4:25-cv-03140-JSW |
| 13 | Plaintiff, | ) ) ) | **DEFENDANTS' STATEMENT REGARDING REACTIVATION OF PLAINTIFFS' SEVIS RECORDS** |
| 14 | v. | ) ) | |
| 15 | DONALD J. TRUMP, in his official capacity as President of the United States of America, *et al.*, | ) ) ) | |
| 16 | Defendants. | ) ) | The Honorable Jeffrey S. White |
| 17 | | ) ) | |
| 18 | | ) ) | |
| 19 | S.Y., *et al.*, | ) ) | Case No. 4:25-cv-3244-JSW |
| 20 | Plaintiff, | ) ) | |
| 21 | v. | ) ) | |
| 22 | KRISTI NOEM, in her official capacity as Secretary of the United States Department of Homeland Security, *et al*, | ) ) ) ) | |
| 23 | | ) ) | |
| 24 | Defendants. | ) ) | |

DEFENDANTS' STATEMENT REGARDING REACTIVATION OF SEVIS RECORDS
4:25-cv-03140- JSW and related cases

| | | |
|---|---|---|
| 1 | ZHOUER CHEN, *et al*. ) | Case No. 4: 25-cv-3292-JSW |
| 2 | Plaintiff, ) | |
| 3 | v. ) | |
| 4 | KRISTI NOEM, *et al*., ) | |
| 5 | Defendants. ) | |
| 6 | ) | |
| 7 | ) | |
| 8 | JUNGWON KIM, *et al*., ) | Case No. 4:25-cv-3383-JSW |
| 9 | Plaintiffs, ) | |
| 10 | v. ) | |
| 11 | KRISTI NOEM, *et al*., ) | |
| 12 | Defendants. ) | |
| 13 | ) | |
| 14 | ) | Case No. 4:25-cv-3407-JSW |
| 15 | W.B. ) Plaintiff, ) | |
| 16 | v. ) | |
| 17 | KRISTI NOEM, *et al*., ) | |
| 18 | Defendants. ) | |
| 19 | ) | |
| 20 | ) | |
| 21 | EMMA BAI, ) | Case No. 4:25-cv-3481-JSW |
| 22 | Plaintiff, ) | |
| 23 | v. ) | |
| 24 | TODD M. LYONS, Acting Director, United ) States Immigration and Customs Enforcement, ) | |
| 25 | Defendant. ) | |
| 26 | | |

DEFENDANTS' STATEMENT REGARDING REACTIVATION OF SEVIS RECORDS
4:25-cv-03140- JSW and related cases

| | | |
|---|---|---|
| 1 | SKY QUI, ) | Case No. 4:25-cv-3475-JSW |
| 2 | Plaintiff, ) | |
| 3 | v. ) | |
| 4 | TODD M. LYONS, ) | |
| 5 | Defendant. ) | |
| 6 | ) | |
| 7 | ) | |
| 8 | J.C. *et al.*, ) | Case No. 4:25-cv-3502-JSW |
| 9 | Plaintiffs, ) | |
| 10 | v. ) | |
| 11 | KRISTI NOEM, *et al.*, ) | |
| 12 | Defendants. ) | |
| 13 | ) | |
| 14 | ) | Case No. 4:25-cv-3323-JSW |
| 15 | SHANGSHANG WANG, *et al.*, ) | |
| 16 | Plaintiffs, ) | |
| 17 | v. ) | |
| 18 | KRISTI NOEM, *et al.*, ) | |
| 19 | Defendants. ) | |
| 20 | ) | |

DEFENDANTS' STATEMENT REGARDING REACTIVATION OF SEVIS RECORDS
4:25-cv-03140- JSW and related cases

|   |   |
|---|---|
| 1 | Following a hearing this morning on the motions for a temporary restraining order in these |
| 2 | related cases, the Court ordered Defendants to file a brief "that addresses the information provided to the |
| 3 | Court at the start of the hearing regarding the reinstatement of SEVIS records. That brief shall include |
| 4 | any information Defendants are able to provide regarding what notice and opportunity an agency will |
| 5 | provide an F-1 nonimmigrant before terminating a SEVIS record." *Doe v. Trump*, No. 25-cv-03140, |
| 6 | Dkt. No. 45. Based on the information currently available to the undersigned, Defendants respond as |
| 7 | follows: |
| 8 | 1.   Defendant Immigration and Customs Enforcement ("ICE") is developing a policy that |
| 9 | will provide a framework for SEVIS record terminations. Until such a policy is issued, the SEVIS |
| 10 | records for the plaintiffs in these above-captioned cases (and other similarly situated plaintiffs) will |
| 11 | remain Active or shall be re-activated if not currently active. ICE maintains the authority to terminate a |
| 12 | SEVIS record for other reasons, such as if the plaintiff fails to maintain his or her nonimmigrant status |
| 13 | after the record is reactivated or engages in other unlawful activity that would render him or her |
| 14 | removable from the United States under the Immigration and Nationality Act. |
| 15 | 2.   To effect the reactivation of SEVIS records, ICE must change the status manually after |
| 16 | logging in to each individual SEVIS account. This process can take some time. As Plaintiffs |
| 17 | represented to the Court this morning, many of the plaintiffs have already had their records reactivated. |
| 18 | For the remaining plaintiffs, Defendants anticipate that reactivation will be effected shortly. ICE is |
| 19 | working to complete this process as soon as possible. |
| 20 | 3.   As set forth in Paragraph 1, SEVIS records will remain active until ICE's new policy is |
| 21 | implemented. ICE is in the process of developing that policy. We are unable to make any |
| 22 | representations to the Court at this time regarding the content of the new framework, including whether |
| 23 | it will contain a process for notice and opportunity to respond prior to termination of SEVIS records by |
| 24 | ICE, or what that process would be. |
| 26 | DATED: April 25, 2025                                    Respectfully submitted, |
| 27 |                                                              PATRICK D. ROBBINS |
| 28 |                                                              Acting United States Attorney |

DEFENDANTS' RESPONSE REGARDING REACTIVATION OF SEVIS RECORDS
4:25-cv-3140 JSW and related cases                                        1

*s/ Elizabeth D. Kurlan*
ELIZABETH D. KURLAN
Assistant United States Attorney

*Attorneys for Defendants*